**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jose H. V.,                                             Case No. 26-cv-3406 (ECT/LIB)

        Petitioner,

v.                                                            **ORDER**

Todd Blanche, et al.,

        Respondents.

---

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon Petitioner Jose H. V.'s Petition for a writ of habeas corpus. [Docket No. 1].

Having reviewed the Petition, **IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the amended petition for a writ of habeas corpus of Jose H. V. within fourteen days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the amended habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so within fourteen days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: July 24, 2026

_s/ Leo I. Brisbois_____
Hon. Leo I. Brisbois
United States Magistrate Judge