UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose H.V.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Joel Brott, *in his official capacity as Sheriff of Sherburne County*,

Respondents.

File No. 26-cv-3406 (ECT/LIB)

**ORDER**

---

On July 24, 2026, Petitioner Jose H.V. filed a Verified Petition for Writ of Habeas Corpus, seeking his release from custody. *See* ECF No. 1. On October 28, 2026, Magistrate Judge Leo I. Brisbois filed a Report and Recommendation, recommending that Jose's petition be granted and that Jose be released from custody. *See* ECF No. 11. On November 2, 2026, Respondents filed objections to the Report and Recommendation. *See* ECF No. 12. On November 4, 2026, the parties filed a Stipulation of Voluntary Dismissal, stipulating to dismiss the action without prejudice and without an award of costs or fees to either side, due to Jose's removal from the United States on September 2, 2026. ECF No. 13. Accordingly, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **REJECTED AS MOOT**; and

2. Petitioner Jose H.V.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 6, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court